**Order entered June 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01434-CR**
**No. 05-14-01435-CR**

**CAL MAURICE BUTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-65524-V, F06-65525-UV**

## ORDER

The Court **GRANTS** appellant's request for an extension of time to file his pro se response to the *Anders* brief filed by counsel only to the extent that we **ORDER** appellant to file his response by **JULY 24, 2014**. No further extensions will be granted. If the pro se response is not filed by the date specified, the appeals will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, to Cal Maurice Butler, TDCJ No. 1427407, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606.


/s/     LANA MYERS
         JUSTICE